LDA

| PROB.22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER (Tran. Court) 99CR80829-03 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 1:07-CR-062-01 ML |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>Orlando Rodriguez | DISTRICT EASTERN MICHIGAN | | DIVISION |
| | NAME OF SENTENCING JUDGE John Feikens | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>August 27, 2004 | TO:<br>August 26, 2014 |

OFFENSE
Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **EASTERN MICHIGAN**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

March 27, 2007 — *Date*
John Feikens — *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 11, 2007 — *Date*
Mary M. Lisi — *Chief United States District Judge*

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By Durene Worth
Deputy Clerk
Dated 4-23-07