UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

CRIMINAL NO. 99-80829

-vs-

HONORABLE JOHN FEIKENS

D1 ~~D-1~~ DWIGHT WILLIAMS, 99m80829 open
D2 ~~D-2~~ STEVEN GLADNEY, 99m80829 "
D3 ~~D-5~~ ORLANDO RODRIGUEZ, 99m80829 "
D4 ~~D-6~~ KENNETH PENA, 99m80829 open
D5 ~~D-7~~ MAURIS GUZMAN, 99m80829 open

VIO: 21 U.S.C. §841 & §846

MAGISTRATE JUDGE MORGAN

Defendants.
_______________________________/

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By [signature]
Deputy Clerk
Dated 4-23-07

**I N D I C T M E N T**

**THE GRAND JURY CHARGES:**

**COUNT ONE**

**(21 U.S.C. §841 & 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Controlled Substance)**

D-1 DWIGHT WILLIAMS,
D-2 STEVEN GLADNEY,
D-5 ORLANDO RODRIGUEZ,
D-6 KENNETH PENA,
D-7 MAURIS GUZMAN,

That from in or about June, 1999, to on or about August 24, 1999, in the Eastern District of Michigan, Southern Division, and elsewhere, DWIGHT WILLIAMS, STEVEN GLADNEY, ORLANDO RODRIGUEZ, KENNETH PENA and MAURIS GUZMAN,

defendants herein, did knowingly, intentionally and unlawfully combine, conspire, confederate and agree together with each other and with other persons both known and unknown to the grand jury to commit an offense against the United States, that is possess with intent to distribute and to distribute 100 grams or more of a mixture or substance containing a detectable amount of heroin, a

D1-5
07

Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841.

As part of the unlawful conspiracy, on or about August 24, 1999,ORLANDO RODRIGUEZ, KENNETH PENA and MAURIS GUZMAN would and did bring a large quantity of heroin from New York to Detroit for distribution by DWIGHT WILLIAMS and STEVEN GLADNEY at their residence at 53/55/57 Arizona Street, Detroit, Michigan.

All in violation of 21 United States Code, Section 846.

THIS IS A TRUE BILL

FOREPERSON

SAUL A. GREEN
United States Attorney

ROBERT W. DONALDSON
Assistant United States Attorney

JANICE V. TERBUSH
Assistant United States Attorney

DATED: 9/2/99

United States District Court
Eastern District of Michigan

# Criminal Case Cover Sheet

JOHN FEIKENS

Case Number
99-80829

MAGISTRATE JUDGE MORGAN

It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes ☐ No | AUSA's Initials: |

**Case Title:** USA v. Dwight Williams, et. al.,

**County where offense occurred :** Wayne

**Offense Type:** ☐ Felony ☐ Misdemeanor ☐ Petty

☐ Indictment____/Information____ no prior complaint.
☒ Indictment_X_/Information_X_ based upon prior complaint [Case number: 99-80829]
☐ Indictment____/Information____ based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** ______________________ **Judge:** ______________________

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name** **Charges**

______________
Date

for JANICE V. TERBUSH
Assistant United States Attorney

(313) 226-9589

[1] Companion cases are matters in which it appears that substantially similar evidence will be offered at trial or the same of related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/1/99