AO 245 S (Rev. 4/95) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of Michigan

UNITED STATES OF AMERICA

v.

ORLANDO RODRIGUEZ,
Defendant.

Case Number CR 99-80829-03
Hon. John Feikens

FILED
DEC - 8 2000
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## JUDGMENT IN A CRIMINAL CASE
**(For Offenses Committed On or After November 1, 1987)**

The defendant, **ORLANDO RODRIGUEZ**, was represented by DAVID S. STEINGOLD

- The defendant pleaded guilty to count(s) **ONE.**

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| **21:841(a)(1) and 846** | **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE A CONTROLLED SUBSTANCE** | **6/99 - 8/24/99** | **ONE** |

The defendant is sentenced as provided in pages **2** through **7** of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed: DEC - 8 2000

DECEMBER 7, 2000
Date of Imposition of Judgment

Defendant's SSN: 5ℓ
Defendant's Date of ı
Defendant's USM No
Defendant's Residen
**NEWPORT, RI 0284**

John Feikens
John Feikens
United States District Judge

**PT. 167;**

that the foregoing is
original on file in this

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
By Diane Worth
Deputy Clerk
Dated 4-23-07

1 3 103

Defendant: ORLANDO RODRIGUEZ
Case Number: CR 99-80829-05

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **78 months** . JUDGE FEIKENS RECOMMENDS THAT THE DEFENDANT SERVE HIS CUSTODIAL SENTENCE AT THE DEVENS MEDICAL FACILITY AT AYER, MASSACHUSETTS.
The costs of incarceration are waived.

■ The defendant is remanded to the custody of the United States Marshal.

## RETURN

**I have executed this Judgment as follows:**

____________________________________________________________

____________________________________________________________

____________________________________________________________

____________________________________________________________

Defendant delivered on ________________ to ________________________________
at ____________________________________________, with a certified copy of this Judgment.

__________________________________
United States Marshal

By ________________________________
Deputy Marshal

Defendant: ORLANDO RODRIGUEZ
Case Number: CR 99-80829-05

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **10** years. The costs of supervision are waived.

The defendant shall report to the probation office in the district to which the defendant is released within *72 hours* of release from the custody of the Bureau of Prisons.

- The defendant shall not commit another federal, state or local crime.
- The defendant shall not illegally posses a controlled substance.

**FOR OFFENSES COMMITTED ON OR AFTER SEPTEMBER 13, 1994**

*The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within **15 days** of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.*

- The defendant shall not own or possess a firearm, destructive device, or dangerous weapon as defined in 18 U.S.C. § 921.

If this judgment imposes a fine, or a restitution obligation, it shall be a condition of supervised release that the defendant pay, as directed by the Probation Office, any such fine, assessments, costs, or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions as listed on the attached page entitled special conditions of supervision

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this Judgment:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.
2) The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month.
3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.
4) The defendant shall support his or her dependents and meet other family responsibilities.
5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.
6) The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.
7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any narcotic or other controlled substance, or any paraphernalia related to such substances.
8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.
10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer.
11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.
13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant: ORLANDO RODRIGUEZ
Case Number: CR 99-80829-05

## SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall participate in a program approved by the Probation Department for substance abuse, which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

Defendant: ORLANDO RODRIGUEZ
Case Number: CR 99-80829-05

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **Totals:** | **$ 100.00** | **$ 0.00** | **$ 0.00** |
| If applicable, restitution amount ordered pursuant to plea agreement | | | **$0.00** |

Defendant: ORLANDO RODRIGUEZ
Case Number: CR 99-80829-05

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties

**PAYMENT OF TOTAL FINE AND OTHER CRIMINAL MONETARY PENALTIES SHALL BE DUE AS FOLLOWS:**

■ IN FULL IMMEDIATELY.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments are to be made to the Clerk of the Court, except those payments made through the Bureau of Prison's Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States Attorney.