PROB 12B
(12/00)

# United States District Court
**for**
The District of Rhode Island

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

**Name of Offender:** Orlando Rodriguez **Case Number:** 1:07-CR-062-01ML

**Name of Sentencing Judicial Officer:** Honorable John Feikens, Eastern District of Michigan

**Assigned Judicial Officer:** Honorable Mary M. Lisi

**Date of Original Sentence:** December 7, 2000

**Original Offense:** Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance.

**Original Sentence:** 78 months imprisonment and 10 years supervised release. Special conditions: drug treatment and testing.

**Type of Supervision:** Supervised Release **Date Supervision Commenced:** August 27, 2004

---

☐ To extend the term of supervision for ______ years, for a total term of ______ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall participate in a mental health treatment program as determined by the Probation Department.**

## CAUSE

On April 11, 2007, jurisdiction of Mr. Rodriguez's case was transferred from Eastern District of Michigan to the District of Rhode Island in accordance with national policy.

Mr. Rodriguez is presently attending substance abuse treatment at Child and Family Services in Middletown, Rhode Island. According to his counselor, Janice Schwartz, he has been in full compliance with treatment. However, he recently advised her that he has been feeling depressed lately due to a lot of stress factors in his life. Ms. Schwartz believes that he may be suffering from post traumatic stress disorder and that he is in need of mental health treatment. Mr. Rodriguez has signed a waiver to modify his conditions of supervision to include mental health treatment as determined by the Probation Department.

PROB 12B
(12/00)

**Reviewed and Approved by:**

Kurt E. O'Sullivan
Supervising U.S. Probation Officer

Date: 5/14/07

**Respectfully Submitted by:**

Clara M. King
U.S. Probation Officer

Date: 5/14/07

## The Court Orders

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☑ The Modification of Conditions as Noted Above
- ☐ Other

Honorable Mary M. Lisi
Chief U.S. District Judge

May 15, 2007
Date